*Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58675.**—Dorf International, Ltd. *v.* United States, protest 222580–K (A) (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the facts are similar in all material respects to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 58676.**—Astoria Pan Americana, Inc., and J. J. Boll *v.* United States, protests 196747–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.

**No. 58677.**—Astoria Pan Americana, Inc., and J. J. Boll *v.* United States, protests 221539–K, 225966–K, and 226318–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.

**No. 58678.**—Morganite, Inc. *v.* United States, protest 236630–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material